| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | | OR | FILING DATE MO. DAY YR. | | | J | NATURE SUIT | DIV. PTF DEF | | H | $ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0647 | 01 | 88 | 737 | 1 | 3 | 25 | 88 | 3 | 360 | 1 | 1 | | | | | | | 737 |

C88-0737

| CAUSE: | PLAINTIFFS | DEFENDANTS |
|---|---|---|
| | PERRY, Michael Et Al | 1. Village of Sheffield, Ohio |
| | CSIZAMIDA, Donna nka Perry | 2. Mason, Robert B. |
| | | 3. John Doe |

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

Title 28 U.S.C. §1331 & T. 42 U.S.C. § 1983 - Personal Injury

**ATTORNEYS**

Brent L. English   (390022678)
140 Public Sq
611 Park Bldg.
Cleveland, Ohio 44114
216/781-9917

John Hawkins (390301818)
Leo R. Ward  (390000575)
Ward, Marein & Gillette
The Dallas Bldg.
2217 East Ninth St.
Cleveland, Oh  44115
241-0515

Michael Boylan
Law Director
6 Lake Avenue
Elyria, Oh  44035
323-8520

Lorain--CAT #8

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | MAR 25 1988 | 142956   120.00 | | JS-5 | 3/31/88 |
| | | | | JS-6 | 3-31-89 |

UNITED STATES DISTRICT COURT DOCKET                              DC-111 (Rev: 1/87)

# C88-0737 PROCEEDINGS JUDGE KRENZLER

| DATE | NR. | |
|---|---|---|
| 3/25/88 | 1 | **COMPLAINT** w/JURY DEMAND. Summs, Complt & Notice Re: Mag. Issd to pltf's counsel on 3/25/88. (11 p) pel |
| 3/28/88 | 2 | **STANDARD ORDER** re: Preparation for Tr-Revised & effec 8/1/87. Krenzler, J. c/i 3/28/88 (51p) VD  EOD: 3/28/88 |
| 4/14/88 | 3 | **ORDER** sched Init pt on 4/25/88 at 8:45 a.m. - Room 400 U. S. Courthouse; Krenzler, J. c/i 4/14/88 (1p) VD EOD: 4/14/88 |
| 4/15/88 | 4 | (12) **MOTION** of defts' for ext of time to resp to complt. c/m c/m 4/15/88; memo in supp; (4p) (VD) |
| 4/15/88 | 5 | **NOTICE** of apprce of John Hawkins & Leo Ward as attys for Village of Sheffield and Robert b. Mason. c/m 4/15/88 (2p) (VD) |
| 4/18/88 | 6 | **MOTION** of pltfs' to cont initial pt. c/m 4/18/88 (2p) (VD) |
| 4/18/88 | 7 | **SUMMONS** retn and srv by cert on Robert Mason 3/28/88; and Village of Sheffield 3/28/88. (2p) (VD) |
| 4/19/88 | 8 | **MARGINAL** entry order granting cont. Krenzler, J. c/i 4/19/88 See Order. EOD: 4/19/88 (VD) |
| 4/19/88 | 9 | **ANSWER** of defts' Village of Sheffield and Robert B. Mason and John Doe. c/m 4/15/88 (7p) (VD) |
| 4/19/88 | 10 | **ORDER** rescheduling initial pt. rescheduled for: 4/29/9:15 a.m. Krenzler, J. (1p) c/i 4/20/88: EOD: 4/20/88 (VD) |
| 5/9/88 | 11 | **ORDER** setting date for disc. c/utoff 6/24/88; dispositive mot if any by 7/8/88; Krenzler, J. (1p) c/i 5/9; EOD: 5/9 vd |
| 5/9/88 | 12 | (4) **MARGINAL** entry order granting mot for ext of time to plead,etc Krenzler, J. c/i 5/9/88; EOD: 5/9/88 (VD) |
| 5/11/88 | 13 | (14) **MOTION** of defts for lv to file amended ans instanter. c/m Brf in supp. c/m 5/11/88 (5p) (VD) |
| 5/16/88 | 14 | (13) **MARGINAL** entry order granting lv of defts' to file ans instanter Krenzler, J. c/i 5/16/88; EOD: 5/16/88 (VD) |
| 5/16/88 | 15 | **AMENDED** answer of defts' Village of Sheffield and Robert B. Mason. Jury Demand. (9 p) (VD) |
| 5/17/88 | 16 | **NOTICE** of srv of disc by defts 5/17/88 to pltf (2p) (VD) |
| 5/23/88 | 17 | **NOTICE** of pltf to take depo of Patrolman Robert B. Mason on 5/27/88; c/m 5/23/88 (2 p) (VD) |
| 5/23/88 | 18 | **NOTICE** of pltf to take depo of Trooper Lynch 5/27/88. c/m 5/23/88. Subp. issd: 5/23/88. (2 p) (VD) |
| 5/23/88 | 19 | **NOTICE** (duces tecum) of pltf to take depo of Sharon Lees on 5/27/88 Subp issd: 5/23/88 (VD) |
| 5/23/88 | 20 | **NOTICE** of pltf (duces tecum) to take depo of John Vilagi on 5/27/88. Subp issd: 5/23/88 (2 p)c/m 5/23/88 (VD) |
| 5/24/88 | 21 | **NOTICE** of pltfs to take depo of Andrew P. Dziak 5/27/88; subp issd 5/24/88 (1w) c/m 5/24/88 (2 p) (VD) |
| 5/24/88 | 22 | **NOTICE** of pltfs to take depo of James R. Dore 5/27/88; c/m 5/24/88; subp issd: 5/24/88(1w). (2 p) (VD) |
| 6/3/88 | 23 | **NOTICE** of depo James Dore by pltf 6/14/88 (2p) c/m 6/3/88 (VD) |
| 6/15/88 | 24 | **MOTION** of pltfs' for ext of disc period. Memo in supp; c/m 6/14/88 (4 p) (VD) |
| 6/24/88 | 25 | **MOTION** of defts for an order extending time to allow defts to complete disc w/brf in support. c/m 6/24/88 (3 p) ee |

Continued

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. C88-737 |
|---|---|---|
| MICHAEL PERRY et al | VILLAGE OF SHEFFIELD | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6/27/88 | 26 | **SUBPOENAS** for deposition: Srv John Vilagi, Trooper Jeff Lynch and Sharon Lees on 5/23/88; Andrew Dziak on 5/25/88; and Lori Dore on 5/26/88. (5 p) ee |
| 6/27/88 | 27 | **CERTIFICATE OF SERVICE** of pltf that answers to interr of Michael Perry and Donna Czizamida were delivered to John Hawkins on 6/24/88. (1p) ee |
| 6/27/88 | 28 | **MARGINAL** entry order granting disc ext. until 8/1/88; disp mot cutoff date is 8/15/88; Krenzler, J. c/i 6/29/88; EOD: 6/29/88 (VD) |
| 6/27/88 | 28(25) | **MARGINAL** entry order granting ext of time to complete disc 8/1/88; disp mot 8/15/88. Krenzler, J. c/i 6/29/88; EOD: 6/29/88 (VD) |
| 7/12/88 | 29 | **NOTICE** of deft to take depo of pltf. 7/21/88. c/m 7/12/88 (VD) |
| 7/12/88 | 30 | **NOTICE** of deft to take depo of Michael Perry 7/21/88. (VD) |
| 7/15/88 | 31 | **ORDER** SCHED POST DISC PT ON 8/16/8:30 a.m. **CLIENTS MUST ATTEND** unless written auth is given to the atty to settle or dispose of the case. Krenzler, J. c/i 7/15/88 (2p) EOD: 7/15/88 (VD) |
| 7/18/88 | 32 | **NOTICE** by defts' of srv of depo and req for prodctn of docmts 7/12/88 |
| 8/8/88 | 33 (39) | **MOTION** of pltfs' for ext of time to complete disc. c/m 8/4/88 (2 p) (VD) |
| 8/8/88 | 34 (37) | **MOTION** of pltfs' to cont post-disc pt. c/m 8/4/88 (4 p) (VD) |
| 8/12/88 | 35 (40) | **MOTION** for leave to file first amd complt. c/m 8/12/88 (amd complt attached) (2p) (VD) |
| 8/15/88 | 36 | **BRIEF** of defts' Village of Sheffield and Brian Mason, in opp to pltfs' mot for ext of time to complete disc. c/m 8/15/88 (5 p) (VD) |
| 8/16/88 | 37 (34) | **MARGINAL** entry order granting mot of pltfs' to cont post-disc pt. Krenzler, J. issd 8/16/88; (EOD: 8/17/88) (VD) |
| 8/22/88 | 38 | **BRIEF** of defts' in opp to pltfs' mot for lv to amd. (22p + exh) c/m 8/22/88 (VD) |
| 9/8/88 | 39(33) | **MARGINAL** entry order granting mot of pltfs' for ext of disc-- Disc cutoff date is 10/14/88; Disp mot cutoff 10/28/88; Krenzler, J. issd; 9/8/88 (EOD: 9/8/88) (VD) |
| 9/8/88 | 40(35) | **MARGINAL** entry order overruling mot to amd complt. Krenzler,J issd: 9/8/88 (EOD: 9/8/88) (VD) |
| 9/19/88 | 41 | **OFFER** of judgment by defts'. c/m 9/19/88 (2p) (VD) |
| 10/5/88 | 42 | **NOTICE** of pltfs to take depo of Cust Sandusky Police Academy 10/1/88. Subp issd: 10/5/88 c/m 10/5/88 (2p) (VD) |
| 10/5/88 | 43 | **NOTICE** of pltfs' to take depo of Cust Ohio Peach Officers Training Counsel 10/11/88. Subp issd: 10/5 (2p) (VD) |
| 10/5/88 | 44 | **NOTICE** of pltfs to take depo of Cust-Custis Ins. Srv 10/11/88 c/m 10/5/88 (2p) (VD) |
| 10/5/88 | 45 | **NOTICE** of pltfs' to take depo of Robert V. Bruce 10/11/88 subp issd: 10/5/88; c/m 10/5/88 (2p) (VD) |

reverse

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | | PROCEEDINGS |
|------|-----|---|-------------|
| 10/5/88 | 46 | | NOTICE of pltfs' to take depo of cust Ford Motor Co. 10/5/88 Subp issd: 10/5/88 (2p) c/m 10/5/88 (VD) |
| 10/5/88 | 47 | | NOTICE of pltfs' to take depo of Mayor Jerry Bailko 10/11/88 subp: 10/5/88 c/m 10/5/88 (2p) (VD) |
| 10/5/88 | 48 | | NOTICE of pltfs' to take depo of Elmer Klingshirn on 10/11/88 c/m 10/5/88 (2p) subp issd: 10/5/88 (VD) |
| 10/5/88 | 49 | | NOTICE of pltfs' to take depo of Center for Criminal Justice 10/14/88. Subp issd: 10/5/88 c/m 10/5/88 (2p) (VD) |
| 10/5/88 | 50 | | NOTICE of pltfs' to take depo of James R. Dore' 10/13/88 subp issd: 10/5/88 (2p) c/m 10/5/88 (VD) |
| 10/12/88 | 51 | | ORDER SCHED POST DISC PT ON: 10/19/88 at 9:00 a.m. CLIENTS MUST ATTEND unless written auth is given to the atty to settle or dispose of the case. Krenzler, J. Issd: 10/12/88, (2p) (EOD: 10/12/88) (VD) |
| 10/26/88 | 52 | | MOTION of defts' for ext of time to allow deft's to file disp mot. Brf in supp. c/m 10/26/88 (4p) (VD) |
| 10/31/88 | 53 | (60) | MOTION of pltfs for ext of time to complete disc related to James R. Dore. c/m 10/30/88 (2 p) ee |
| 10/31/88 | 54 | (64) | MOTION of pltfs to show cause why James R. Dore should not be held in contempt. c/m 10/30/88 (4 p + exh). ee |
| 11/3/88 | 55 | | BRIEF of defts' in opp to pltfs' third mot for ext of time for disc. c/m 11/3/88 (7p) (VD) |
| 11/4/88 | 56 | (77) | MOTION of defts' for SJ. Brf in supp. c/m 11/4/88 (23p+exh)(VD) |
| 11/8/88 | 57 | | SUBPOENA on depo retn and srv by cert on Ctr for Criminal Justice CWRU. 10/6/88 (VD) |
| 11/10/88 | 58 | | REPLY memo of pltfs' re: ext of time. c/m 11/10 (3p) (VD) |
| 11/21/88 | 59 | (61) | MOTION of pltfs' for ext of time to resp to defts' mot for SJ. c/m 11/21 (3p) (VD) |
| 12/5/88 | 60(53) | | MARGINAL entry order overruling mot of pltf for ext of time to complete disc. Krenzler, J. issd: 12/5/88 (EOD: 12/6/88) (VD) |
| 12/5/88 | 61 (59) | | MARGINAL entry order granting ext of time of pltfs' to resp to SJ. 1/6/89. issd: 12/5/88 (EOD: 12/6/88) (VD) |
| 12/12/88 | 62(63) | | MOTION of pltfs for reconsideration of mot to take depo of James Dore, a witness. c/m 12/9/88 (2 p) ee |
| 12/28/88 | 63 (62) | | MARGINAL ent ord overruling mot of pltfs for reconsideration of mot to take depo of James Dore; proper ct to issue contempt notice is the issuing ct. (see CR-37 B1) Krenzler, J. issd 12/30/88 (1p) EOD 12/30/88 sp |
| 12/28/88 | 64 (54) | | MARGINAL ent ord overruling mot of pltfs to show cause why James R. Dore should not be held in contempt; court does not have Jurisdiction over James R. Dore. Krenzler, J. issd 12/30/88 (1p) EOD 12/3088 sp |
| 1/9/88 | 65 | (66) | MOTION of pltfs for ext of time to resp to defts' mot for SJ. c/m 1/9/89 (3 p) ee |
| 1/19/89 | 66 | (65) | MARGINAL Ent Ord granting ext of time until 1/18/89 for pltfs to resp to defts' mot for SJ. KRENZLER, J. Issd 1/19/89, EOD L/19/89 ee |

Continued

DC 111A (Rev. 1/75)

Judge Krenzler

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | C88-737 |
|---|---|---|
| MICHAEL PERRY et al | VILLAGE OF SHEFFIELD et al | DOCKET NO. _____ PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1/19/89 | 67 | **NOTICE** of pltfs of filing depo transcripts of Denisanne Lees, Robert Brian Mason and Robert V. bruce on 1/19/89. c./m 1/18/89 (2 p) ee |
| | | **DEPOSITION** of Robert Brian Mason, a witness called on behalf of pltf. (121 p) ee taken 5/27/89 |
| | | **DEPOSITION** of Deniseanne Lees, a witness, taken on behalf of pltfs on 5/27/88. (85 p) ee |
| | | **DEPOSITION** of Robert V. Bruce, a witness, taken on behalf of pltfs on 10/11/88. (61 p) ee |
| 1/23/89 | 68 | **MEMORANDUM** of pltfs and evidence in opp to defts' mot for SJ. c/m 1/20/89 (36 p) ee |
| 3/3/89 | 69 | (70) **MOTION** of defts for lve to file reply brf instanter in opp to defts' mot for SJ. c/m 3/3/89 (3 p) ee |
| 3/10/89 | 70 | (69) **MARGINAL** Ent Ord granting mot of defts to file reply brf instanter. Krenzler, J. Issd 3/10/89. (1 p) (EOD 3/14/89)(JAM) |
| 3/14/89 | 71 | **REPLY** of defts to pltfs' brf in opp to defts' mot for SJ. c/m 3/3/89. (11 p & exh) (JAM) |
| 10/25/89 | 72 | **SUPPLEMENTAL BRIEF** of defts Robert B. Mason & Village of Sheffield in supp of defts' mot for SJ. c/m 10/25/89 (7 p) gw |
| 12/29/89 | 73 | **REQUEST** of defts Robert B. Mason & Village of Sheffield for ruling on pending SJ mot. c/m 12/29/89 (3 p) gw |
| 1/8/90 | 74 | (76) **MOTION** of pltfs for enlarg of time to resp to defts' suppl brf in supp of SJ. c/d 1/8/90 (2 p) gw |
| 1/12/90 | 75 | **ORDER** setting date for subm of attys' pt statement on or before 2/23/90. KRENZLER, J. Issd 1/16/90 (EOD 1/16/90) (1 p) gw |
| 1/12/90 | 76 | (74) **MARGINAL** Ent Ord overruling as moot mot of pltfs for enlarg of time to resp to defts' suppl brf in supp of SJ. KRENZLER, J. Issd 1/16/90 (EOD 1/16/90) |
| 1/12/90 | 77 | (56) **MARGINAL** Ent Ord overruling mot of defts Mason & Village of Sheffield for SJ; material issue of fact. KRENZLER, J. Issd 1/16/90 (EOD 1/16/90) (1 p) gw |
| 2/23/90 | 78 | **PRETRIAL STATEMENT** of parties w/3 copies of exh. pel |
| 2/26/90 | 79 | (80) **MOTION** of pltfs to enlarg time for subm of combined pt statement. c/m 2/23/90. (4 p) pel |
| 3/2/90 | 80 | (79) **MARGINAL** Ent Ord granting mot of pltfs to enlarg time to 3/17/90 for subm of combined pt statement. KRENZLER, J. Issd 3/2/90 EOD:3/2/90. (1 p) pel |
| 3/29/90 | 81 | **ORDER** dismissing case w/prej for failure to prosecute, pursuant to Fed. R. Civ. P. 41, and as a sanction upon pltfs. KRENZLER, J. Issd 4/2/90 (EOD 4/2/90) (1 p) gw |
| 4/3/90 | 82 | (86) **MOTION** of pltfs for reconsideration & alteration of court's order of 3/29/90. c/m 4/3/90 (3 p & attachments) gw |
| 4/10/90 | 83 | **BRIEF** of defts in opp to mot for reconsideration, mot for sanctions & attorney fees & memo in supp of bill of costs. c/m 4/10/90 (12 p & exhs) gw |
| 4/10/90 | 84 | **BILL** of costs of deft in amt of $1,824.11. (1 p) gw |
| 4/11/90 | 85 | **SUPPLEMENT** of defts to brf in opp to mot for reconsideration, mot for sanctions & attorneys' fees & memo in supp of bills of costs. c/m 4/11/90 (2 p & attachment) gw |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. C88-737 |
|---|---|---|---|
| MICHAEL PERRY, et al | | VILLAGE OF SHEFFIELD, OH, et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 4/16/90 | 86 | (82) **MARGINAL** Ent Ord overruling mot of pltfs for reconsideration of court's order of 3/29/90. KRENZLER, J. Issd 4/16/90 (EOD 4/16/90) (1 p) gw |
| 4/30/90 | 87 | NOTICE of appeal by pltf, re: 3/29/90. c/m English, Ward, Boylan & USCA. (4p) (EOD 4/30/90) cas |
| 5/7/90 | 88 | ACKNOWLEDGMENT of repct of trans form in USCA. (Recd 5/2/90, Filed 5/4/90; USCA #90-3398) cas |
| 5/18/90 | 89 | TRANSCRIPT ord form. (nn) cas |
| 9/10/90 | 90 | TRUE copy of ord from USCA that, pursuant to Rule 42(b), FRAP, the appeal is dism. Green, Clerk. Filed in USCA 9/6/90 (1p) (EOD 9/11/90) cas |